IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IRIS LESHA HOWARD                                          PLAINTIFF

vs.                                               Civil No. 3:25-CV-334-GHD-RP

HOLLYWOOD CASINO; et al.                                  DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pursuant to an opinion entered this date, it is hereby ORDERED:

(1) the Defendants Hollywood Casino, Cordale Smith, and Robbie Butler's Motion to
Dismiss [11] is GRANTED;

(2) the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3) this case is CLOSED.

SO ORDERED, this the _____ day of July, 2026.

_____
SENIOR U.S. DISTRICT JUDGE